FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Darrell Eugene Adams,

Defendant.

Case No.: *CR 10 - 39 - DSF*

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

1

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C. §

5   3142(b) or (c).  This finding is based on the following:

6   *Extensive criminal history involving violence,*

7   *nature of alleged violations, substance abuse*

8   *history, insufficient bail resources*

9

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   3/14/11

15   HONORABLE OSWALD PARADA
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28